UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY WALLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BLAST FITNESS GROUP, LLC; )<br>BLAST FITNESS GROUP PERSONAL )<br>TRAINING, LLC; BLAST FITNESS )<br>ACQUISITION, LLC; and EDGAR A. )<br>THOMPSON II, )<br>)<br>Defendants. ) | Case No. 4:15CV00586 AGF |

## JUDGMENT

Pursuant to the Memorandum and Order entered herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered on behalf of Plaintiff and against Defendants Edgar Thompson, Blast Fitness Group, LLC, Blast Fitness Group Personal Training, LLC, and Blast Fitness Acquisition, LLC., in the amount of $148,435.72; plus attorney's fees in the amount of $47,364.20; plus costs in the amount of $2,338.63.   All claims against all Defendants having been resolved, this case is closed.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2017